NO. 07-03-0225-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 12, 2003

______________________________

IN THE MATTER OF J.R.

_________________________________

FROM THE 279TH DISTRICT COURT OF JEFFERSON COUNTY;

NO. F-9238-J; HONORABLE TOM MULVANEY, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Pending before this Court is appellant’s motion to dismiss his appeal.  
See
 Tex. R. App. P. 42.1(a)(1).  The motion is also signed by appellee.  No decision of this Court having been delivered to date, we grant the motion.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Don H. Reavis

    Justice